RICHARD WEEKS, PLAINTIFF-RESPONDENT, v. CITY OF NEWARK, DEFENDANT-PETITIONER.

*Mr. Vincent P. Torppey* and *Mr. Jacob M. Goldberg* for the petitioner.

October 17, 1960.   Granted.

MATTIE DeNIKE, PLAINTIFF-RESPONDENT, v. BOARD OF TRUSTEES OF THE PUBLIC EMPLOYEES' RETIRE-MENT SYSTEM OF NEW JERSEY, DEFENDANT-PETI-TIONER.

*Mr. David D. Furman,* attorney general, and *Mr. Lee A. Holley* for the petitioner.

*Mr. Franklin W. Kielb* for the respondent.

October 31, 1960.   Granted.